# United States Court of Appeals
## For the First Circuit

No. 22-1621

DAVID M. RITTER; DIANE F. RITTER,

Plaintiffs - Appellees,

v.

JERRY JOHNSON,

Defendant - Appellant.

**JUDGMENT**

Entered: December 7, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Appellant Jerry Johnson is presently in default for failure to file a response to the order to show cause issued on September 14, 2022. Pursuant to the order issued on October 18, 2022, a response to the September 14, 2022 order to show cause was due on November 1, 2022. Appellant has not filed a response to the September 14, 2022 order to show cause and has not requested an extension of time to do so.

    Accordingly, it is ordered that the above-captioned appeal be <u>dismissed</u>. <u>See</u> 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Peter A. Brown
Thomas D. Orr
Adam A. Rowe
Jerry Johnson